# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY E. LARSON,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,<br><br>Respondent. | Case No. 19-cv-0340-BAS-RBB<br><br>**ORDER DENYING PETITION FOR A WRIT OF MANDAMUS**<br><br>**[ECF No. 1]** |

Petitioner Harvey E. Larson (Petitioner), a state prisoner proceeding *pro se*, has filed a Petition for a Writ of Mandamus (Petition) pursuant to California Code of Civil Procedure §§ 1085, 1086, *et seq*. (ECF No. 1.) Petitioner apparently seeks a writ from this Court to compel the California Superior Court for the County of San Diego to grant a motion to disqualify a judge, which that court previously denied. (*Id*.) The Court denies the Petition for lack of jurisdiction and as frivolous.

The statute which specifically addresses jurisdiction over an action in the nature of a writ of mandamus does not vest this Court with jurisdiction to issue a writ

of mandamus to a state judicial officer. *See* 28 U.S.C. § 1361 ("The district courts shall have original jurisdiction original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."). And although federal courts have general authority to issue writs "in aid of their respective jurisdictions," 28 U.S.C. § 1651, this authority does not extend to the issuance of writs to compel state courts to take a particular action. *See Demos v. U.S. District Court*, 925 F.2d 1160, 1161−62 (9th Cir. 1991) ("[T]his court lacks jurisdiction to issue a writ of mandamus to a state court. Thus, to the extent that Demos attempts to obtain a writ in this court to compel a state court to take or refrain from some action, the petitions are frivolous as a matter of law."). Thus, even if there is some basis for jurisdiction, the Court lacks authority to issue the writ of mandamus Petitioner seeks.

Accordingly, the Court **DENIES** the Petition. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

**DATED: February 26, 2019**

Hon. Cynthia Bashant
United States District Judge